| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-MC-00157-TLN-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| $42,906.72 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2249869062, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Gregorio Ramirez Castillo and Jennifer Jannette Castillo-Ramirez ("claimants"), by and through their respective counsel, as follows:

1. On or about July 24, 2017, claimants filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the $42,906.72 seized from Wells Fargo Bank Account Number 2249869062 (hereafter "defendant currency"), which was seized on May 8, 2017.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 20, 2017.

4. By Stipulation and Order filed October 23, 2017, the parties stipulated to extend to December 19, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed January 2, 2018, the parties stipulated to extend to January 19, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed January 19, 2018, the parties stipulated to extend to February 19, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed February 15, 2018, the parties stipulated to extend to May 21, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed May 18, 2018, the parties stipulated to extend to August 20, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 19, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1 | funds are subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 19, 2018.

Dated: 8/8/2018  MCGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/8/2018  /s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for claimants
Gregorio Ramirez Castillo and
Jennifer Jannette Castillo-Ramirez
(Authorized via email)

IT IS SO ORDERED.

Dated: August 10, 2018

Troy L. Nunley
United States District Judge