PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$42,906.72 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2249869062,<br><br>  Defendant. | 2:17-MC-00157-TLN-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimants Gregorio Ramirez Castillo and Jennifer Jannette Castillo-Ramirez ("claimants"), by and through their respective counsel, as follows:

1. On or about July 24, 2017, claimants filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the $42,906.72 seized from Wells Fargo Bank Account Number 2249869062 (hereafter "defendant funds"), which were seized on May 8, 2017.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 20, 2017.

4. By Stipulation and Order filed October 23, 2017, the parties stipulated to extend to December 19, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed January 2, 2018, the parties stipulated to extend to January 19, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed January 19, 2018, the parties stipulated to extend to February 19, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed February 15, 2018, the parties stipulated to extend to May 21, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed May 18, 2018, the parties stipulated to extend to August 20, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. By Stipulation and Order filed August 13, 2018, the parties stipulated to extend to November 19, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10. By Stipulation and Order filed October 24, 2018, the parties stipulated to extend to January 18, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11. By Stipulation and Order filed January 18, 2019, the parties stipulated to extend to March 19, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12. By Stipulation and Order filed March 20, 2019, the parties stipulated to extend to May 20, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13. By Stipulation and Order filed May 21, 2019, the parties stipulated to extend to July 19, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14. By Stipulation and Order filed July 17, 2019, the parties stipulated to extend to September 17, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15. By Stipulation and Order filed September 13, 2019, the parties stipulated to extend to November 18, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

16. By Stipulation and Order filed November 15, 2019, the parties stipulated to extend to January 2, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

17. By Stipulation and Order filed January 3, 2020, the parties stipulated to extend to February 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

18. By Stipulation and Order filed February 27, 2020, the parties stipulated to extend to March 30, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

19. By Stipulation and Order filed March 26, 2020, the parties stipulated to extend to May 29,

2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

20. By Stipulation and Order filed May 26, 2020, the parties stipulated to extend to July 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

21. By Stipulation and Order filed July 24, 2020, the parties stipulated to extend to August 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

22. By Stipulation and Order filed August 26, 2020, the parties stipulated to extend to September 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

23. By Stipulation and Order filed September 28, 2020, the parties stipulated to extend to October 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

24. By Stipulation and Order filed October 28, 2020, the parties stipulated to extend to December 28, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

25. By Stipulation and Order December 17, 2020, the parties stipulated to extend to February 26, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

26. By Stipulation and Order February 26, 2021, the parties stipulated to extend to April 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

27. By Stipulation and Order April 28, 2021, the parties stipulated to extend to May 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant

Stipulation to Extend Time to File Complaint

funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

28. By Stipulation and Order May 27, 2021, the parties stipulated to extend to June 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

29. By Stipulation and Order June 25, 2021, the parties stipulated to extend to July 26, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

30. By Stipulation and Order July 26, 2021, the parties stipulated to extend to August 26, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

31. By Stipulation and Order August 26, 2021, the parties stipulated to extend to September 28, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

32. By Stipulation and Order September 28, 2021, the parties stipulated to extend to October 28, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

33. By Stipulation and Order October 28, 2021, the parties stipulated to extend to November 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

34. By Stipulation and Order November 30, 2021, the parties stipulated to extend to February 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

35. By Stipulation and Order February 25, 2022, the parties stipulated to extend to April 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

36. By Stipulation and Order April 28, 2022, the parties stipulated to extend to May 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

37. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

38. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to June 29, 2022.

Dated: 5/26/22

PHILLIP A. TALBERT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/26/22

 /s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for claimants
Gregorio Ramirez Castillo and
Jennifer Jannette Castillo-Ramirez
(Authorized via email)

IT IS SO ORDERED.

Dated: May 26, 2022

Troy L. Nunley
United States District Judge